1  Russell A. Robinson, 163937
   Law Office of Russell A. Robinson
2  345 Grove Street, First Floor
   San Francisco CA 94102
3  TEL:   415.255.0462
   FAX:   415.431.4526
4
   Attorneys for Plaintiff
5  GREG WILLIAMS

6

7                 UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9

10 GREG WILLIAMS,                    ) No.   C-06-0303-EDL
                                     )
11         Plaintiff,                ) **PLAINTIFF'S STATEMENT RE: CASE**
                                     ) **MANAGEMENT CONFERENCE AND**
12 v.                                ) **REQUEST FOR CONTINUANCE** & ORDER as
                                     ) **[Jury Trial Demanded]**           modified
13 CITY OF OAKLAND, et al.,          ) Date:      April 18, 2006
                                     ) Time:      10:00 a.m.
14         Defendants.               ) Place:     15th Floor, Courtroom E
   _____    )
15

16     Plaintiff Greg Williams hereby submits his initial case management conference statement

17 as follows:

18     This case was filed as the statute of limitations loomed. After further work and inquiry,

19 the summons and complaint are out for service. Plaintiff therefore requests a brief continuance

20 of the initial case management conference, to May 30, 2006. at 3 p.m.

21

22     Date:  April 13, 2006              Law Office of Russell A. Robinson, PC

23
                                          /S/ Russell A. Robinson
24                                        By: Russell A. Robinson
                                          Counsel for Plaintiff GREG WILLIAMS
25     IT IS SO ORDERED.

26 Dated: April 14, 2006

IT IS SO ORDERED
Judge Elizabeth D. Laporte

Elizabeth D. Laporte
U.S. Magistrate Judge

Williams v. City of Oakland, et al. (C-06-0303-EDL)
PLAINTIFF'S STATEMENT RE: CASE MANAGEMENT
CONFERENCE AND REQUEST FOR CONTINUANCE                                    P002.CMC001