1 Russell A. Robinson, 163937
  Law Office of Russell A. Robinson
2 345 Grove Street, First Floor
  San Francisco CA 94102
3 TEL:   415.255.0462
  FAX:   415.431.4526
4
  Attorneys for Plaintiff
5 GREG WILLIAMS

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10 GREG WILLIAMS,                    ) No.    C-06-0303-EDL
                                     )
11           Plaintiff,              ) **[Proposed] ORDER RE-SETTING**
                                     ) **INITIAL CASE MANAGEMENT**
12 v.                                ) **CONFERENCE**   AS MODIFIED
                                     )
13 CITY OF OAKLAND, et al.,          )
                                     )
14           Defendants.             ) **[Jury Trial Demanded]**
                                     )

15

16      GOOD CAUSE APPEARING,

17      It is hereby ordered that the initial case management conference in this case shall take

18 place on June 27, 2006, at  10:00  , on the 15th Floor in Courtroom E of the above Court.

19      The parties shall comply with local rules governing the filing of a joint statement.

20      **IT IS SO ORDERED.**   No further continuances will be granted absent very good cause.

21

22      Date:   May 24, 2006

23      HONOR_____ H D. LAPORTE
        Mag. J____ ___C, Northern Dist. Of Cal.

24

25

26 *Williams v. City of Oakland, et al.* (C-06-0303-EDL)
   [Proposed] ORDER RE-SETTING INITIAL
   CASE MANAGEMENT CONFERENCE                              P004.ORDER