1  Russell A. Robinson, 163937
   Law Office of Russell A. Robinson
2  345 Grove Street, First Floor
   San Francisco CA 94102
3  TEL:   415.255.0462
   FAX:   415.431.4526
4
   Attorneys for Plaintiff
5  GREG WILLIAMS

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10 GREG WILLIAMS,                    ) No.    C-06-0303-EDL
                                     )
11         Plaintiff,                ) **STIPULATION TO CONTINUE INITIAL**
                                     ) **CASE MANAGEMENT CONFERENCE;**
12 v.                                ) **ORDER**
                                     ) Date:        June 27, 2006
13 CITY OF OAKLAND, et al.,           ) Time:        10:00 a.m.
                                     ) Courtroom:   15th Floor, Courtroom E
14         Defendants.               )
                                     ) [Jury Trial Demanded]
15

16     The parties hereto, through counsel, hereby stipulate as follows:

17     1.    All named Defendants have been served.

18     2.    Defendants filed a motion to dismiss under Federal Rules of Civil Procedure,

19 Rule 12(b)(6). Due to calendar conflicts and unavailability of Plaintiff's counsel for the month of

20 July 2006, the motion has been calendared for hearing on August 29, 2006.

21     3.    Counsel for Defendants was recently informed of the Case Management

22 Conference date and is not available to attend the Conference on June 27, 2006 due to an

23 unavoidable scheduling conflict.

24

25 / / /

26 *Williams v. City of Oakland, et al.* (C-06-0303-EDL)
   STIPULATION TO CONTINUE INITIAL
   CASE MANAGEMENT CONFERENCE; ORDER                                              P009.STIP

4.    Good cause exists for a continuance. In addition to unavailability of the parties' counsel as stated above, matters related to the action's case management are pending in the FRCP Rule 12(b)(6) motion presently scheduled to be heard on August 29, 2006, at 9:00 a.m. Counsel have met and conferred as required and agree that it would serve judicial economy to have the Case Management Conference take place following the hearing on the motion.

5.    The parties therefore stipulate and request an Order from this Court, that the Case Management Conference in this matter be continued to August 29, 2006, at 10:00 a.m.

Date: June __, 2006    Law Office of Russell A. Robinson, PC

 /s/ Russell A. Robinson
By: Russell A. Robinson
Attorney for Plaintiff
GREG WILLIAMS

Date: June __, 2006    JOHN A. RUSSO, City Attorney
RACHEL WAGNER, Supervising Trial Attorney
INÉS VARGAS FRAENKEL, Deputy City Attorney
CHRISTOPHER KEE, Deputy City Attorney

 /s/
By: INÉS VARGAS FRAENKEL
Attorneys for Defendants
CITY OF OAKLAND, OAKLAND FIRE DEPARTMENT
and CARTER

*Williams v. City of Oakland, et al.* (C-06-0303-EDL)
STIPULATION TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE; ORDER    - 2 -    P009.STIP

**ORDER**

Good cause appearing,

It is hereby ordered that upon stipulation of the parties the case management conference in this matter shall be continued to August 29, 2006, at   10:00 a.m.  , in Courtroom E. The parties are ordered to file a joint statement on or before August 22, 2006.

**IT IS SO ORDERED.**

Date:   June 21, 2006                                  _____
HONORABLE ELIZABETH D. LAPORTE
Mag. Judge, USDC, Northern Dist. Of Cal.

*Williams v. City of Oakland, et al.* (C-06-0303-EDL)
STIPULATION TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE; ORDER          - 3 -                              P009.STIP