Russell A. Robinson, State Bar #163937
Law Office of Russell A. Robinson
345 Grove Street, First Floor
San Francisco CA 94102
TEL: 415.255.0462
FAX: 415.431.4526

Attorneys for Plaintiff
GREG WILLIAMS

JOHN A. RUSSO, City Attorney – State Bar #129729
RANDOLPH W. HALL, Chief Assistant City Attorney – State Bar #080142
RACHEL WAGNER, Supervising Trial Attorney – State Bar #127246
INES FRAENKEL, Deputy City Attorney – State Bar #108113
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6512    Facsimile: (510) 238-6500
Email: ivfraenkel@oaklandcityattorney.org

Attorneys for Defendants
CITY OF OAKLAND, OAKLAND FIRE DEPARTMENT and CARTER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND,<br>OAKLAND FIRE DEPARTMENT,<br>DEPUTY CHIEF RONALD K. CARTER,<br>and DOES 1-100,<br><br>　　　　　Defendants. | Case No. C-06-0303 EDL<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties through their respective attorneys of record, that the date of the Case Management Conference in this action be continued from October 31, 2006 at 3:00 p.m., to November 28, 2006 at 10:00

1  a.m.. Good cause exists for this continuance as Defendants have made a Motion to
2  Dismiss re First Amended Complaint which will be heard on November 28, 2006 at 9:00
3  a.m. in this Court.

4  Date: October /9, 2006          Law Office of Russell A. Robinson, PC

                                   _____
                                   Attorney for Plaintiff
                                   GREG WILLIAMS

8  Date: October __, 2006          JOHN A. RUSSO, City Attorney
                                   RANDOLPH W. HALL, Chief Assistant City Attorney
                                   INÉS VARGAS FRAENKEL, Deputy City Attorney
                                   CHRISTOPHER KEE, Deputy City Attorney

                                   _____
                                   Attorneys for Defendants
                                   CITY OF OAKLAND, OAKLAND FIRE DEPARTMENT
                                   and CARTER

## ORDER

Good cause appearing therefore,

**IT IS HEREBY ORDERED**, that the Case Management Conference in this matter is continued from October 31, 2006 to November 28, 2006 at 10:00 a.m., following the hearing on Defendant's Motion to Dismiss.

Dated: _____

                                   _____
                                   HONORABLE ELIZABETH D. LAPORTE
                                   Magistrate Judge, U.S. Northern District Court

Stipulation to Continue Initial Case
Management Conference; Order                - 2 -                         C-06-0303 EDL

```
 1 │ a.m.. Good cause exists for this continuance as Defendants have made a Motion to
 2 │ Dismiss re First Amended Complaint which will be heard on November 28, 2006 at 9:00
 3 │ a.m. in this Court.
 4 │ Date: October __, 2006            Law Office of Russell A. Robinson, PC
 5 │
 6 │                                   _____
 7 │                                   Attorney for Plaintiff
   │                                   GREG WILLIAMS
 8 │
   │ Date: October 16, 2006            JOHN A. RUSSO, City Attorney
 9 │                                   RANDOLPH W. HALL, Chief Assistant City Attorney
   │                                   INÉS VARGAS FRAENKEL, Deputy City Attorney
10 │                                   CHRISTOPHER KEE, Deputy City Attorney
11 │
12 │                                   _____
   │                                   Attorneys for Defendants
13 │                                   CITY OF OAKLAND, OAKLAND FIRE DEPARTMENT
   │                                   and CARTER
14 │
15 │
16 │                                             ORDER
17 │ Good cause appearing therefore,
18 │        IT IS HEREBY ORDERED, that the Case Management Conference in this
19 │ matter is continued from October 31, 2006 to November 28, 2006 at 10:00 a.m., following
20 │ the hearing on Defendant's Motion to Dismiss.
21 │ Dated:  October 26, 2006
   │        _____
22 │
23 │
24 │                                   _____
   │                                   HONORABLE ELIZABETH D. LAPORTE
25 │                                   Magistrate Judge, Northern District Court
26 │
```

[Stamp: IT IS SO ORDERED / Judge Elizabeth D. Laporte / United States District Court Northern District of California]