**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG WILLIAMS,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY OF OAKLAND, et al.,<br><br>      Defendants.<br>_____/ | No. C-06-00303 EDL<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS AND GRANTING LEAVE TO AMEND** |

Defendants came on for hearing before the Honorable Elizabeth D. Laporte in Department E on November 28, 2006 at 9:00 a.m. The parties were represented by counsel of record at the hearing.

After full consideration of all of the papers and exhibits filed by the parties, and for the reasons stated at the hearing, the Court finds that Defendants' Motion to Dismiss Plaintiff's First Amended Complaint should be granted in part and denied in part. Plaintiff has withdrawn his Substantive Due Process claim and it is no longer at issue. The Court GRANTS Defendants' motion with respect to Plaintiff's Equal Protection claim, with leave to amend. The Court DENIES Defendants' motion with respect to the remaining claims. Plaintiff is granted leave to file a Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: December 20, 2006

                                              ELIZABETH D. LAPORTE
                                              United States Magistrate Judge