| | |
|---|---|
| 1 | Russell A. Robinson, State Bar #63937 |
| | Law Office of Russell A. Robinson |
| 2 | 345 Grove Street, First Floor |
| | San Francisco CA 94102 |
| 3 | TEL: 415.255.0462 |
| | FAX: 415.431.4526 |
| 4 | |
| 5 | Attorneys for Plaintiff |
| | GREG WILLIAMS |
| 6 | |
| | JOHN A. RUSSO, City Attorney – State Bar #129729 |
| 7 | RANDOLPH W. HALL, Chief Assistant City Attorney – State Bar #080142 |
| | RACHEL WAGNER, Supervising Trial Attorney – State Bar #127246 |
| 8 | INES FRAENKEL, Deputy City Attorney – State Bar #108113 |
| | One Frank H. Ogawa Plaza, 6th Floor |
| 9 | Oakland, California 94612 |
| | Telephone: (510) 238-6512     Facsimile: (510) 238-6500 |
| 10 | Email: ivfraenkel@oaklandcityattorney.org |
| | X02850:392325 |
| 11 | |
| | Attorneys for Defendants |
| 12 | CITY OF OAKLAND and CARTER |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG WILLIAMS, | Case No. C-06-0303 EDL |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT** |
| v. | |
| CITY OF OAKLAND, OAKLAND FIRE DEPARTMENT, DEPUTY CHIEF RONALD K. CARTER, and DOES 1-100, | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel and pending the Court's approval, that the date for Defendants to file their responsive pleading to Plaintiff's Second Amended Complaint shall be extended **to**

Stipulation to Extend Time to File Responsive
Pleading to Second Amended Complaint; Order      - 1 -      C-06-0303 EDL

and including January 10, 2007.

Good reason exists for this extension. The extension is not excessive and is warranted by the facts. The Second Amended Complaint was filed on December 8, 2006; defense counsel will be out of the office from December 18, 2006 through January 3, 2007.

Dated: December 15, 2006　　　　　Law Office of Russell A. Robinson, PC

```
_____s/s_____
Attorney for Plaintiff
GREG WILLIAMS
```

Dated: December 15, 2006　　　　　JOHN A. RUSSO, City Attorney
RACHEL WAGNER, Supervising Trial Attorney
INÉS VARGAS FRAENKEL, Deputy City Attorney

```
_____s/s_____
Attorneys for Defendants
CITY OF OAKLAND and CARTER
```

## ORDER

Good cause appearing therefore,

**IT IS HEREBY ORDERED,** that the responsive pleading to the Second Amended Complaint is extended through January 10, 2007.

Dated: December 19, 2006

*IT IS SO ORDERED*
*/s/ Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*

_____
HONORABLE ELIZABETH D. LAPORTE
U.S. Northern District Court Judge