1  Russell A. Robinson, 163937
   Law Office of Russell A. Robinson
2  345 Grove Street, First Floor
   San Francisco CA 94102
3  TEL:   415.255.0462
   FAX:   415.431.4526
4
   Attorneys for Plaintiff
5  GREG WILLIAMS

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10 GREG WILLIAMS,                        ) No.   C-06-0303-EDL
                                         )
11          Plaintiff,                   ) **STIPULATION TO CONTINUE TRIAL**
                                         ) **AND TO CONTINUE ALL PRE-TRIAL**
12 v.                                    ) **DATES; [proposed] ORDER**
                                         )
13 CITY OF OAKLAND, et al.,              )
                                         ) Trial:          November 5, 2007
14          Defendants.                  )
   _____) [Jury Trial Demanded]
15

16      The parties hereto, through counsel, hereby stipulate as follows:

17      1.      Defendants intend to move for summary judgment under Federal Rules of Civil

18 Procedure, Rule 56. However, despite the due diligence and cooperation of both counsel,

19 because of calendar conflicts and problems scheduling depositions, all of which have been

20 noticed but not taken, the parties will be unable to meet the current trial calendar in this case and

21 Defendants will not have sufficient time to complete discovery in order to prepare and file their

22 motion for summary judgment/partial summary judgment.

23      2.      Following a productive early neutral evaluation, the stay on discovery was lifted.

24 The parties, through counsel, continued to engage in settlement discussions; however, they have

25 not been able to settle the case.

26 *Williams v. City of Oakland, et al.* (C-06-0303-EDL)
   STIPULATION TO CONTINUE TRIAL AND TO
   CONT. ALL PRE-TRIAL DATES; [Proposed] ORDER                                           P022.STIP

3.  Plaintiff's counsel was unavailable for two weeks in late May-early June 2007 because of the delivery of a new baby in his family; Defendants' counsel is unavailable June 11-13, June 18-22, 2007, and is in trial starting July 6, 2007.

4.  The parties have not requested any previous continuances to the trial calendar.

5.  The present calendar is as follows:

    A.  All non-expert discovery shall be completed by 6/15/2007.

    B.  All expert discovery shall be completed by 9/3/2007.

    C.  Last day to file dispositive motions 7/3/2007, set for hearing 8/7/2007 09:00 AM.

    D.  Pretrial Conference set for 10/16/2007 02:00 PM.

    E.  Jury Trial set for 11/5/2007 08:30 AM in Courtroom E, 15th Floor.

6.  The parties propose the following calendar:

    A.  All non-expert discovery shall be completed by 10/15/2007.

    B.  All expert discovery shall be completed by 01/4/2008.

    C.  Last day to file dispositive motions 11/13/2007, set for hearing 12/18/2007 09:00 AM.

    D.  Pretrial Conference set for 02/12/2008 02:00 PM.

    E.  Jury Trial set for 03/4/2008 08:30 AM in Courtroom E, 15th Floor.

7.  Each attorney has consulted with her/his respective clients and received consent.

Date: June 8, 2007          Law Office of Russell A. Robinson, PC

                            /s/ Russell A. Robinson
                            By:  Russell A. Robinson
                            Attorney for Plaintiff
                            GREG WILLIAMS

*Williams v. City of Oakland, et al.* (C-06-0303-EDL)
STIPULATION TO CONTINUE TRIAL AND TO
CONT. ALL PRE-TRIAL DATES; [Proposed] ORDER          - 2 -          P022.STIP

| | | |
|---|---|---|
| 1 | Date: June 8, 2007 | JOHN A. RUSSO, City Attorney |
| 2 | | RACHEL WAGNER, Supervising Trial Attorney |
| | | INÉS VARGAS FRAENKEL, Deputy City Attorney |
| 3 | | CHRISTOPHER KEE, Deputy City Attorney |

        /s/INÉS VARGAS FRAENKEL
By: INÉS VARGAS FRAENKEL
Attorneys for Defendants
CITY OF OAKLAND and CARTER

**ORDER**

Good cause appearing,

It is hereby ordered, upon stipulation of the parties, as follows:

    A.    All non-expert discovery shall be completed by 10/15/2007.

    B.    All expert discovery shall be completed by 01/4/2008.

    C.    Last day to file dispositive motions 11/13/2007, set for hearing 12/18/2007 09:00 AM.

    D.    Pretrial Conference set for 02/12/2008 02:00 PM.

    E.    Jury Trial set for 03/4/2008 08:30 AM in Courtroom E, 15th Floor.

**No further continuances without exceptionally good cause.**

**IT IS SO ORDERED.**

Date: June 25, 2007

IT IS SO ORDERED
Judge Elizabeth D. Laporte

HONORABLE ELIZABETH D. LAPORTE
Mag. Judge, USDC, Northern Dist. Of Cal.

*Williams v. City of Oakland, et al.* (C-06-0303-EDL)
STIPULATION TO CONTINUE TRIAL AND TO
CONT. ALL PRE-TRIAL DATES; [Proposed] ORDER     - 3 -    P022.STIP