IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREG WILLIAMS,

    Plaintiff,

v.

CITY OF OAKLAND, et al.,

    Defendants.
                                   /

No. C-06-00303 EDL

**ORDER SETTING HEARING AND TRIAL DATES**

The Court held a telephonic hearing on November 30, 2007, granting Plaintiff's request for a short continuance, and ordering Plaintiff to oppose Defendants' Motion for Summary Judgment no later than December 6, 2007, and for Defendants to file a reply no later than December 13, 2007. It is FURTHER ORDERED that Defendants' Motion shall be heard on January 15, 2008 at 2:00 p.m. in Courtroom E, 15th Floor. It is FURTHER ORDERED that the final pretrial conference is set for April 1, 2008 at 2:00 p.m. Jury trial is set for April 21, 2008 at 8:30 a.m., Courtroom E, 15th Floor. All other pretrial deadlines in the Court's prior case management scheduling order shall remain the same.

IT IS SO ORDERED.

Dated: December 4, 2007

                                                     */s/ Elizabeth D. Laporte*
                                             ELIZABETH D. LAPORTE
                                             United States Magistrate Judge